UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR TO BBVA USA,<br><br>*Petitioner*,<br><br>v.<br><br>CSBUNLIMITED, LLC,<br><br>*Respondent*. | §<br>§<br>§<br>§  Civil Action No. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## PETITION TO CONFIRM FINAL AWARD
## OF DISMISSAL WITH PREJUDCE

Petitioner PNC Bank, National Association, successor to BBVA USA ("**Petitioner**") files this Petition to Confirm Final Award of Dismissal with Prejudice and respectfully requests that the Court issue a Final Judgment confirming the Final Award of Dismissal with Prejudice issued in the Arbitration (as defined below) pursuant to 9 U.S.C. §§ 9, 13.

### Parties

1. Petitioner is a is a national banking association with its main office, as set forth in its articles of association, in the City of Pittsburgh, Allegheny County, Pennsylvania. *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 307, 126 S. Ct. 941, 945, 163 L. Ed. 2d 797 (2006) ("[A] national bank, for [28 U.S.C.] § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association, is located.").

2. Respondent is a limited liability company formed under the laws of the State of Arizona. Respondent's sole member, Adrien Pleasant, is neither domiciled in Pennsylvania nor (for the purposes of 32 U.S.C. § 1441(b)(2)) Texas. Thus, Respondent is neither a citizen of

Pennsylvania nor Texas for the purposes of diversity jurisdiction. Upon information and belief, Adrien Pleasant may be domiciled in, and thus may be a citizen of a foreign state.

## Jurisdiction

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1343(a)(4) and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because Respondent's causes of action were either subject to 28 U.S.C. § 1343(a)(4) or so related to those causes of action subject to 28 U.S.C. § 1343(a)(4) as to form part of the same case or controversy under 28 U.S.C. § 1367(a).[1]

4. Alternatively, this Court has original jurisdiction over this action pursuant to either 28 U.S.C. § 1332(a)(1) or (2) because (1) Petitioner and Respondent are citizens of either (a) different states; or (b) citizens of a state and of a foreign state; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Venue

5. Venue is proper in the United States District Court for the Northern District of Texas pursuant to 9 U.S.C. § 9 because the Parties' arbitration agreement specified that the Parties may agree to venue.[2] Respondent agrees to venue in this Court, as evidence by counsel for Respondent's signature on the Agreed Judgment filed concurrently herewith.

---

[1] *See* Civil Action No. 3:20-cv-02994-B, *CSB Unlimited LLC v. BBVA USA Bancshares, Inc.* (the "**Original Action**"), Dkt. No. 1, pending in this Court. The Parties respectfully request that the Court take judicial notice of its own file in the Original Action.
[2] *See* Exhibit 1, p. 4.

**Facts**

6. On September 28, 2020, Respondent filed its Original Complaint in the Original Action in this Court, alleging violations of 42 U.S.C. § 1981 and state-law claims for negligence and negligent misrepresentation.[3]

7. On November 30, 2020, Petitioner moved to compel arbitration in the Original Action, which United States District Judge Jane Boyle of this Court granted on December 1, 2020.[4] In compelling arbitration, Judge Boyle also dismissed Respondent's Original Complaint and closed the Original Action.[5]

8. On January 4, 2023, the Parties' mutually agreed-upon arbitrator, Patricia Nolan (the "**Arbitrator**"), issued a Final Award of Dismissal with Prejudice in the American Arbitration Association Case No. 01-21-0000-4120 (the "**Arbitration**").

**Statutory Prerequisites to Confirmation of Final Award of Dismissal with Prejudice**

9. Attached hereto as Exhibit 1 is a true and correct copy of the arbitration agreement between the Parties. *See* 9 U.S.C. § 13(a).

10. Attached hereto as Exhibit 2 is a true and correct copy of the Final Award of Dismissal with Prejudice issued in the Arbitration. *See* 9 U.S.C. § 13(b).

11. The Final Award of Dismissal with Prejudice has not been vacated under 9 U.S.C. § 10, or modified or corrected under 9 U.S.C. § 11.

12. Pursuant to 9 U.S.C. § 9, Petitioner has brought this action within one year after the Final Award of Dismissal with Prejudice was issued.

---

[3] *See* Original Action, Dkt. No. 1.  As Judge Boyle found in her *Order Granting Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Complaint* in the Original Action, Petitioner notes that the proper party defendant to the Original Action was BBVA USA, and not the named defendant, BBVA USA Bancshares, Inc.  *See* Original Action, Dkt. No. 12 ("Plaintiff . . . is . . . compelled to arbitrate any claims it intends to assert against BBVA USA (erroneously sued as 'BBVA USA Bancshares, Inc.') . . . .").
[4] *See* Original Action, Dkt. Nos. 9–12.
[5] *See* Original Action, Dkt. No. 12.

**Count 1: Confirmation of Arbitration Award under the Federal Arbitration Act**

13. Petitioner repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

14. The Parties' arbitration agreement provided that "[t]he party who wins the award can take it to any court that could have heard the dispute and get an official judgment."[6]

15. Here, the Final Award of Dismissal with Prejudice was decided in favor of Petitioner. As provided above, the statutory prerequisites to confirmation of a domestic arbitration award are met. *See* 9 U.S.C. § 13. Accordingly, Petitioner is entitled to a judgment on the Final Award of Dismissal with Prejudice pursuant to 9 U.S.C. §§ 9, 13.

**Conclusion & Prayer**

**WHEREFORE**, Petitioner PNC Bank, National Association, successor to BBVA USA, with the respondent, CSBUnlimited, LLC's agreement, respectfully requests that this Court:

(a) Issue an order pursuant to 9 U.S.C. § 9 confirming the Final Award of Dismissal with Prejudice annexed hereto as Exhibit 2; and

(b) Enter judgment thereupon pursuant to 9 U.S.C. § 13.

Respectfully submitted,
**ADAMS AND REESE LLP**

By: */s/ Evan A. Moeller*
Evan A. Moeller
State Bar No. 24051067
evan.moeller@arlaw.com
Joshua A. Lesser
State Bar No. 24116663
joshua.lesser@arlaw.com
1221 McKinney Street, Suite 4400
Houston, Texas 77010
Tele: 713-652-5151
Fax: 713-652-5152

***Counsel for PNC Bank, National Association, successor to BBVA USA***

---

[6] Exhibit 1, p. 2.