UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR TO BBVA USA, | § § § § | |
| Petitioner, | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-0060-B |
| CSB UNLIMITED, LLC, | § § § | |
| Respondent. | § | |

### ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD

Before the Court is Petitioner's Petition to Confirm Arbitration Award (Doc. 1). Petitioner has petitioned this Court for confirmation of the Final Award of Dismissal with Prejudice attached to the Petition. The parties entered into an arbitration agreement which stated, "[t]he party who wins the award can take it to any court that could have heard the dispute and get an official judgment." Doc. 1-1, Ex. 1, 2. Thus, Petitioner has requested, with Respondent's agreement, that the Court confirm the Final Award of Dismissal pursuant to 9 U.S.C. § 9 and enter a judgment pursuant to 9 U.S.C. § 13. Doc. 1, Compl., 4.  This Court has jurisdiction over this matter and venue is proper.

Pursuant to 9 U.S.C. § 9, this Court must confirm the Arbitration Award "unless the award is vacated, modified, or corrected" under the Federal Arbitration Act. The Arbitration Award has not been vacated, modified, or corrected, so the Court finds that entry of an Order to confirm the Arbitration Award is appropriate.

It is therefore **ORDERED** that the Petition is **GRANTED** and the January 4, 2023 Final

Award of Dismissal with Prejudice is confirmed (Doc. 1-2). It is **FURTHER ORDERED** that Final Judgment is entered on the Arbitration Award. The Clerk of Court is directed to close this case.

    **SO ORDERED**.

    **SIGNED: March 27, 2023.**

                                        _____
                                        JANE J. BOYLE
                                        UNITED STATES DISTRICT JUDGE